1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11
                                          )  **Case No. 06-6519 CRB**
12  IN RE: BEXTRA AND CELEBREX            )
    MARKETING SALES PRACTICES AND         )  **MDL NO. 1699**
13  PRODUCT LIABILITY LITIGATION          )  **District Judge: Charles R. Breyer**
                                          )
14  _____)
                                          )
15  Glen Crowe,                           )
                                          )  **STIPULATION AND ORDER OF**
16                        Plaintiffs,     )  **DISMISSAL WITH PREJUDICE**
                                          )
17                vs.                     )
                                          )
18  Pfizer Inc., et al.                   )
                                          )
19                        Defendants.     )
    _____)
20

21        Come now the Plaintiffs, Glen Crowe, and Defendants, by and through the undersigned

22  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

23  dismissal of this action **with prejudice** as to the plaintiff named herein only with each side

24  bearing its own attorneys' fees and costs.

25

26  DATED: Jan. 12, 2010        MATTHEWS & ASSOCIATES

27                              By: _____
                                    David P. Matthews
28                                  *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Jan. 12, 2010          DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**